IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THE CREATIVES COMMUNITY HOUSING PROJECT, INC., a Georgia non-profit corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action File No.: |
| v. | ) ) ) | _____ |
| VICE MAGAZINE PUBLISHING, INC. and INTEL CORPORATION, | ) ) ) | |
| Defendants. | ) | |

**VERIFIED COMPLAINT (1) FOR INFRINGEMENT OF
SERVICE MARKS, (2) FOR A TEMPORARY RESTRAINING
ORDER, (3) FOR PRELIMINARY AND PERMANENT
INJUNCTIONS AND (4) FOR MONETARY DAMAGES**

THE CREATIVES COMMUNITY HOUSING PROJECT, INC., a Georgia

non-profit corporation, files this Verified Complaint as follows:

## I.     Introduction

1.

The Creatives Community Housing Project, Inc. (referred to as

"Community") is a Georgia non-profit corporation which supports and promotes

the arts.  Community was founded by Neda Abghari, an Atlanta photographer and

former award-winning Fulton County high school teacher.  Ms. Abghari had a

lifelong dream of using photography and the arts to educate others and to bring artists together.

2.

The Creatives Project was gaining traction until, May 17, 2010, when Intel and Vice hijacked Community's plan, name and logo, with something Defendants unoriginally called "The Creators Project."

3.

This lawsuit is primarily an action for infringement of Community's service marks, which include:



4.

After Community began using the above service marks, Defendants adopted this service mark, among others:



5.

The above marks are used by their respective owners for the identical or nearly identical services; namely, organizing, promoting and hosting live events relating to art and culture; displaying artistic works on-line and in-person; and furnishing informational services related to art, artists, culture and artist communities to inform and promote artist collaboration.

6.

Defendants are infringing the following five trademarks belonging to Community: (a) THE CREATIVES PROJECT (word mark); (b) THE CREATIVES PROJECT (stylized mark, shown above); (c) THECREATIVESPROJECT.COM/.ORG (domain names); (d) THE ATLANTA CREATIVES PROJECT (word mark); and (e) THE ATLANTA CREATIVES PROJECT (stylized mark, shown above).

## II.    Parties

7.

Community is a Georgia non-profit corporation, which was formally created by Neda Abghari on September 8, 2009.  Community does business at 828 Ralph McGill Boulevard, Suite 312, Atlanta, Georgia  30306.

8.

Community is the assignee of Ms. Abghari's rights in the five Marks listed in the previous Paragraph.  A copy of the Assignment is attached hereto as Exhibit A.

9.

Community has applied for tax exempt status under Section 501(c)(3) of the United States Internal Revenue Code, though that application is still in process.

10.

Vice Magazine Publishing, Inc. is a Canadian corporation with its principal place of business at 97 N. 10th Street, Suite 202, Brooklyn, New York 11211.  Vice is "known for its controversial content and often strikes a sardonic and ironic pose on debauchery, sex, drugs, violence, crime, and social issues involving race and economic class."  (http://en.wikipedia.org/wiki/Vice_magazine, 08/02/2010).

11.

Defendant Vice can be served with this lawsuit upon Vice's executive officer, Shane Smith at 97 N. 10th Street, Suite 202, Brooklyn, New York  11211.

12.

Intel Corporation is a publicly-traded technology company and, based on revenue, is the world's largest semiconductor chip maker.

13.

Defendant Intel is a Delaware corporation registered to do business in the State of Georgia.   According to the records of the Georgia Secretary of State, Intel's principal place of business is 2200 Mission College Boulevard, Santa Clara, California  95054-1537.  Intel can be served with process on its Registered Agent in Georgia, which is CT Corporation System, 1201 Peachtree Street, NE, Atlanta, Georgia  30361.

### III.   Personal Jurisdiction

14.

Intel is registered to do business in the State of Georgia and therefore, for purposes of personal jurisdiction, is considered a "resident" of the State. (O.C.G.A. § 9-11-90).

15.

Vice is subject to personal jurisdiction pursuant to Georgia's Long-Arm Statute, pursuant to O.C.G.A. § 9-10-91(1) and (3).

16.

Vice transacts business within this State.   (O.C.G.A. § 9-10-91(1)).   For example, among other activities, Vice ships magazines into Georgia, published a

"Guide to Atlanta," and has a highly interactive website which is available to Georgians 24 hours per day, 365 days per year.

17.

Vice is also subject to personal jurisdiction here because it has committed a tortious injury in the State of Georgia by an act or omission outside this state, while regularly doing or soliciting business, or engaging in any other persistent course of conduct, or deriving substantial revenue from goods used or consumed or services rendered in Georgia, including, but not limited to, the activities described in Paragraph 16, above.

18.

Defendants are cognizant that their wrongful conduct harmed and continues to harm Community in Georgia, where Community is based.

**IV.  Subject Matter Jurisdiction and Venue**

19.

This action arises under the Lanham Trademark Act (15 U.S.C. §§ 1051-1127).  Therefore, the Court has federal question jurisdiction over this action pursuant to 15 U.S.C. § 1221 and 28 U.S.C. §§ 1338(a) and (b).

20.

Also, this Court has diversity jurisdiction under 28 U.S.C. §1332(a) because Community is an incorporated non-profit and has its principal place of business in Atlanta (Fulton County), Georgia, which is within this judicial district.  Intel is a resident of the State of California and Vice is a resident of the State of New York and the amount in controversy exceeds $75,000.00.

21.

The Court has supplement jurisdiction over Community's state law claims based on 28 U.S.C. § 1367.

22.

Venue is proper in this judicial district under 28 U.S.C.A. § 1391(a)(2) and 1391(b)(2) because a substantial part of the events giving rise to the claim occurred in this judicial district.

## V.   Factual Allegations Common To All Counts

*About Community*

23.

Community's purpose as a nonprofit is to find free or subsidized housing for artists, by connecting them with landlords who have a surplus of empty housing.

The Creatives Project is an arm of Community[1], and is used by Community for fundraising and promotional purposes. The Creatives Project serves Community by providing the services described in Paragraph 5, above, which in turn drives funding and awareness for Community.

24.

Community began using the THE ATLANTA CREATIVES PROJECT word mark in interstate commerce in August 2007. This use was on Community's website at atlantacreatives.org and later on various social media sites.

25.

Community began using the THE ATLANTA CREATIVES PROJECT stylized mark, as shown in Paragraph 3, above, at least as early as February 11, 2008. This included use on the website at atlantacreatives.org and on bumper stickers.

---

[1] Throughout the entirety of this Complaint, when speaking about its trademark rights and usages, "Community" refers to the Community itself and Neda Abghari, who assigned her trademark rights to the Community.

26.

Community began using the THE CREATIVES PROJECT word mark in interstate commerce at least as early as December 4, 2008 and has used it continuously since that time.

27.

Community began using the THE CREATIVES PROJECT stylized mark, as shown in Paragraph 3, above, at least as early as January 18, 2010.   Also, Community's use of this Mark tacks-on to its use of the THE ATLANTA CREATIVES PROJECT stylized mark, as shown in Paragraph 3.   Therefore, Community used the stylized mark THE CREATIVES PROJECT, as shown in Paragraph 3, above, at least as early as February 11, 2008.

28.

Community began using the THECREATIVESPROJECT.COM and THECREATIVESPROJECT.ORG word marks and as domain names in interstate commerce on October 19, 2007 when it forwarded visitors to atlantacreatives.org. Also, Community began using thecreativesproject.com and .org to host content on January 18, 2010.

29.

Additionally, all of the above marks were used by Community in interstate commerce in a variety of ways, including on Community websites (atlantacreatives.org, atlantacreatives.com, thecreativesproject.com and thecreativesproject.com), on various social media sites, including MySpace and FaceBook and, more recently, Twitter, and at a launch event hosted in Atlanta by Community on November 6, 2009. This launch event was attended by approximately 600 people.

30.

Community adopted its Marks and uses them in interstate commerce in connection with organizing, promoting and hosting live events relating to art and culture, displaying artistic works on-line and in-person, as well as distribution of information relating to art, artists, culture and artistic communities.

31.

Community's Marks are inherently distinctive and, as compared to Defendants, Community is the senior user of the Marks. To the extent one or more of Community's Marks are not inherently distinctive, they have acquired secondary meaning.

*About Vice/Intel's The Creators Project*

32.

On May 17, 2010, Vice and Intel publicly announced its joint undertaking named, The Creators Project.   A copy of Defendant Intel's Press Release announcing the project is attached hereto as Exhibit B.

33.

Defendants   jointly   promote   their   enterprise   on   a   website   at thecreatorsproject.com and through press releases, live events, on-line journals, printed materials, all in interstate commerce.

34.

In connection with their The Creators Project, Defendants' use the following Marks which infringe upon Community's Marks: (a) THE CREATORS PROJECT (word mark); (b) THE CREATORS PROJECT (stylized mark, as shown in ¶ 4, above); and (c) thecreatorsproject.com (domain name).

These are Marks are hereinafter referred to as the "Infringing Marks."

35.

According to Vice/Intel:

    The Creators Project has two mandates: on one hand it's
    a modern day media channel that we will continually

identify and celebrate the work of visionary artists wherever they are. On the other hand it is also a content creation studio, an arts foundation of sorts that will facilitate the production and dissemination of new work with these artists and their collaborators. This online publication was created for the Project to feature portraits and interviews with the musicians, painters, illustrators, performance artists, and others documented through the project. The words and images combine to bring the artist out from behind the work.

36.

Defendant Intel's press release about The Creators Project states, in part:

The multi-year program is dedicated to identifying leading artists and enabling them to showcase their works and artistic visions through interactive media including creative conferences, new multi-disciplinary collaborative projects and a new video website, TheCreatorsProject.com.

37.

Defendants' first publicly announced thecreatorsproject.com on May 16, 2010 and stated, in part:

The spirit that cuts across the entirety of this project is one of conversation and collaboration, which fundamentally includes you, the audience. Watch, read, comment, share, and let us know what you think of our new arts channel and content studio every step of the way.

Welcome, once again, to Day One, Year One of The Creators Project.

38.

The services offered by Defendants under the Infringing Marks described in the three preceding paragraphs (hereinafter referred to as "Defendants' Services") are the same as the services offered by Community.

39.

In connection with Defendants' Services, Defendants have used the Infringing Marks in interstate commerce in a variety of ways, including, but not limited to displaying them (1) on Defendants' websites (including, thecreatorsproject.com, viceland.com, Intel.com and vsb.tv and virtueworldwide.com), (2) on press releases, (3) on promotional materials, (4) in promotional videos on YouTube.com and elsewhere on the Internet; (5) on Flickr, (6) on FaceBook (http://www.facebook.com/thecreatorsproject), (7) on MySpace (http://www.myspace.com/creatrs), (8) on Twitter (http://twitter.com/creatorsproject), (9) in self-published magazines which highlight (or will highlight) Defendants' events, (10) a "massive book" that features (or will feature) "the work of every Creator;" and (11) on signs and other printed material displayed during live events hosted by Defendants, including at

The Creators Project launch event on June 26, 2010 in New York City.  These uses are hereinafter referred to as "Defendants' Uses."

40.

Community believes that Vice or Intel, or both, have spent tens of millions of dollars promoting The Creators Project, including spending at least $3 million dollar for its June 26, 2010 launch party in New York City.

*About Content on Vice's Website viceland.com*

41.

The actual and likely confusion among the public that Community is affiliated with Vice/Intel's The Creators Project is troubling to Community, especially due to content on Vice's website, viceland.com.

42.

Content on Defendant Vice's website, viceland.com, is extremely vulgar.

43.

In August 2010, Google searches of Defendant Vice viceland.com website for the FCC's notorious "seven dirty words" returned the following results:

- sh*t          12,000 results;
- pi*s          6,100 results;
- cu*t          3,790 results;
- co*k          1,470 results;
- co**sucker    167 results;

- 14 -

- motherf*****        391 results; and
- ti*s               2,740 results.

The images on Vice's website which accompany the above language are crude and pornographic.

44.

One of Community's objectives is operate outreach programs to introduce art to youths.  So, the content on Vice's website is intolerable, given that the public is confused as to an affiliation between Community and Vice/Intel.

*Intel's Trademark Registration Application*

45.

On May 19, 2010, Intel Corporation filed an application to register the Mark THE CREATORS PROJECT with the United States Patent and Trademark Office in International Class 41 (which is titled, "Education; providing of training; entertainment; sporting and cultural activities") in connection with the following:

> Organizing live conferences in the field of envisioning the future in the areas of creativity, art, music and culture and the roles of technology and innovation in the same for non-business and non-commercial purposes, and distribution of printed materials in connection therewith in hard copy or electronic format on the same topics; on-line journals, namely, blogs on the subject of envisioning the future in the areas of creativity, art, music and culture and the roles of technology and innovation in the same.

46.

Intel's registration application, as described in the preceding paragraph was assigned Serial No. 85043114 and Intel filed the application under Section 1(b), which signifies Intel's intent-to-use the mark in commerce in the future.

47.

The Declaration accompanying the Application was made by Intel's Assistant Secretary, Ruby A. Zefo who declared, under penalty of perjury, that,

> he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to causes confusion, or to cause mistake, or to deceive;

48.

By filing or maintaining Registration Application „114, or both, Intel has committed fraud on the Trademark Office.

49.

It has known at least as early as June 16, 2010, when it was first contacted by Community's counsel, that Community has the right to use the Community

Marks which "so nearly resembles the applied for mark that confusion, mistake and deception is likely."[2]

*Defendant Vice Was Aware of Community's Marks*

50.

In 2009, Neda Abghari, in furtherance of the work of The Creatives Project, took photographs of members of two bands - Blacklips and Cartel.  Both bands are signed to Defendant Vice's record label.

51.

Ms. Abghari worked with both bands' managers which made them aware of Community itself and Community's Marks.

52.

Therefore, at least two employees of Vice have been aware of Community, its work and its Marks since 2009.  Intel has been aware of Community, its work and its Marks since June 19, 2010, if not earlier.

---

[2] Based on these facts, should Intel procure a registration based on „l14, Plaintiff will seek to amend this Complaint to add a claim under Lanham Act § 38(a) (15 U.S.C.A. § 1125(a)), titled, "Civil liability for false or fraudulent registration."

# VI. COUNTS

## Count I – Trademark Infringement, False Designation of Origin and Unfair Competition Under Lanham Act § 43(a) (15 U.S.C.A. § 1125(a))

53.

Community incorporates into Count I, Paragraphs 1 through 52 above and 61 through 95 below, inclusive, with the same force and effect as if again set forth fully herein.

54.

Defendants have used their economic power to market and promote trademarks which Defendants know are confusingly similar to Community's Marks, thereby hijacking and infringing Community's Marks.

55.

For example, Defendants have publicly stated that over 3,500 people attended The Creators Project's launch event and "engaged in an all-day cultural extravaganza featuring some of the world's leading artists in music, art, film, design and architecture." (Exhibit C hereto).

56.

Defendants have also publicly stated that, "[s]ince The Creator's Project launched on May 17, (2010) millions of individuals have visited

http://TheCreatorsProject.com, an interactive portal and anthology . . ." (Exhibit C hereto).

57.

Defendants' use of Community's Marks results in both direct and reverse confusion as to the origin of Community's services.

58.

Defendants' Infringing Marks are confusingly similar to Community's Marks, such that consumers are actually confusing the two and are likely to continue to confuse the two. Indeed, Community is aware of multiple instances of actual confusion between Community's Marks and the Defendants' Infringing Marks.

59.

Additionally, Defendants' Uses constitute false designation of origin and unfair competition by infringing the Community's Marks and by falsely representing to the public that Community's and Defendants' services are affiliated.

60.

Furthermore, the Community Marks are so associated with Community's services that use of them by Defendants constitutes false representation that Defendants' services are affiliated with Community.

## Count II –Trademark Infringement Under
## Georgia Common Law and Under O.C.G.A. § 23-2-55

61.

Community incorporates into Count II, Paragraphs 1 through 60 above and 63 through 95 below, inclusive, with the same force and effect as if again set forth fully herein.

62.

Defendants' Infringing Marks are confusingly similar to Community's Marks, such that consumers are actually confusing the two and are likely to continue to confuse the two.   Moreover, Community is the senior user over Defendants.   Defendants' actions violate Community's common law rights in Georgia, New York, Miami and throughout the United States.

## Count III – Violation of Anticybersquatting Consumer Protection Act (15 U.S.C. § 1125(d))

63.

Community incorporates into Count III, Paragraphs 1 through 62 above and 67 through 95 below, inclusive, with the same force and effect as if again set forth fully herein.

64.

Community's Marks are inherently distinctive in that they are suggestive.

65.

Defendants' domain name (thecreatorsproject.com) is confusingly similar to the Community's Marks.

66.

Defendants registered, used and continue to use the domain name thecreatorsproject.com in a bad faith intent to profit and therefore are liable to Community under the Anticybersquatting Consumer Protection Act.

## Count IV – Infringement of Trademark of Charitable Organization
## Violation of O.C.G.A. § 10-1-470 *et seq.* and Under O.C.G.A. § 23-2-55

67.

Community incorporates into Count IV, Paragraphs 1 through 66 above and 75 through 95 below, inclusive, with the same force and effect as if again set forth fully herein.

68.

Community is organized as a non-profit under the laws of the State of Georgia and has a benevolent purpose, and is therefore entitled to protection under O.C.G.A. § 10-1-470 *et seq*.

69.

Defendants' are using the THE CREATORS PROJECT Mark, which very nearly resembles Community Marks.

70.

Community is entitled to an injunction against infringement as provided for in O.C.G.A. § 10-1-471, as there has been an actual and threatened violation of O.C.G.A. § 10-1-470 and Community is entitled to the exclusive use of its Marks.

71.

As provided for in O.C.G.A. § 10-1-471, "an injunction may be issued by the court under the principles of equity without requiring proof that any person has

been in fact misled or deceived by the infringement of such name or the use of such emblem."

72.

Community is also entitled to injunctive relief under O.C.G.A. §§ 10-1-370 *et seq.* and 23-2-55, as Defendants are using in commerce, in an enterprise basically identical to Community's enterprise, marks which are so similar to Community's Marks that a reasonably cautious person might confuse the two and, in fact, have confused the two.

73.

Community's actions are hurting the good will and reputation of non-profit business and is confusing and deceptive to the public.

74.

Community is entitled to an injunction against Defendants' continued use of the Infringing Marks and monetary damages for the infringement.

## Count V – Unfair Competition and Deceptive Trade Practices Based on Georgia Law

75.

Community incorporates into Count V, Paragraphs 1 through 74 above and 81 through  95 below, inclusive, with the same force and effect as if again set forth fully herein.

- 23 -

76.

Defendants have and are engaging in fraudulent and deceptive acts and practices in violation of O.C.G.A. §§ 10-1-370 *et seq*. and 23-2-55.

77.

Defendants have used and are using marks which are confusingly similar to Community Marks in connection with virtually identical services for which Community uses its Marks.   Therefore, Defendants' marks misrepresent the source, sponsorship, approval or certification of their services.

78.

Defendants' Uses have caused consumers to falsely conclude that there exists some affiliation, connection or association between Community, on one hand, and one or both of the Defendants.   The actual and probable tendency and impact of Defendants' uses is to enable Defendants to deceive the public, including citizens of the State of Georgia for whose protection these Code Sections were enacted.

79.

Defendants' wrongful conduct constitutes unfair competition as prohibited by O.C.G.A. § 23-2-55.

80.

Moreover, upon information and belief, at all times relevant to this Complaint, Defendants have had actual or constructive knowledge of Community's rights to its Marks and therefore Defendants' infringement was willful and deliberate.

### Count VI – Temporary, Preliminary and Permanent Injunctions under Federal Law

81.

Community incorporates into Count VI, Paragraphs 1 through 80 above and 84 through 95 below, inclusive, with the same force and effect as if again set forth fully herein.  Additionally, Community incorporates in this Complaint the facts and allegations in the Motion for injunctive relief, filed contemporaneously with this Complaint.

82.

Defendants' unfair business practices, as described throughout the entirety of this Complaint, are a recurring nature and harmful to the consumers and the public at large, as well as to Community.  Unless immediately enjoined by the Court, Defendants will continue these acts thereby causing the public and Community further immediate and irreparable damage.

83.

As a result of Defendants' acts, Community has suffered and continues to suffer and incur irreparable injury, loss of reputation and pecuniary damages to be proved at trial. Unless enjoined by this Court, Defendants will continue these acts, thereby causing the public and Community further immediate and irreparable damage.

## Count VII – Attorney's Fees and Prejudgment Interest

84.

Community incorporates into Count VII, Paragraphs 1 through 83 above and 90 through 95 below, inclusive, with the same force and effect as if again set forth fully herein.

85.

In relation to their wrongful acts described above and to each and every count set forth above, Defendants have acted in bad faith and have caused Defendants unnecessary trouble and expense. As detailed above, Defendants intentionally and in bad faith engaged in infringement and unfair competition with full knowledge of the harm that would result to the public and to Community.

86.

Additionally, Defendants have refused to cease use of the Infringing Marks despite knowing of the infringement as early as June 16, 2010.

87.

Community is entitled to recover all expenses and fees arising from the misconduct of Defendants giving rise to the present litigation, including the reasonable attorney fees expended by Community, pursuant to O.C.G.A. § 13-6-11 and applicable federal law.

88.

Community is also entitled to attorney fees under the Lanham Act and under the Anticybersquatting Consumer Protection Act.

89.

Community is also entitled to recover prejudgment interest on its damages pursuant to O.C.G.A. § 13-6-13.

## Count VIII – Punitive and Treble Damages

90.

Community incorporates into Count VIII, Paragraphs 1 through 89 above and 94 and 95 below, inclusive, with the same force and effect as if again set forth fully herein.

91.

In relation to their wrongful acts described above and to each and every count set forth above, Defendants have acted with willful misconduct, malice, fraud, wantonness, oppression, and/or that entire want of care which raises a presumption of conscious indifference to the consequences of their actions.

92.

Defendants knew that its intentional wrongful acts would cause substantial harm to Community; Defendants intended the consequences of their actions and the express goal of Defendants' wrongful acts was financial gain for Defendants' benefit and at Community's expense.

93.

Given the intentional nature of Defendants' conduct, Community is entitled to an award of punitive damages pursuant to O.C.G.A. § 51-12-5.1 to punish and penalize Defendants, to deter Defendants from similar future misconduct and to deter other persons and entities similarly situated to Defendants from engaging in future misconduct like that of Defendants.  Community is also entitled to have the damages it has incurred as a result of Defendants' conduct trebled, under the applicable laws.

## IX.   Jury Demand

94.

Community demands a trial by jury for all issues so triable.

## X.   Prayer for Relief

95.

WHEREFORE, Community requests the following relief:

(A)   Temporarily, preliminarily, and permanently enjoin and restrain Defendants from:

(i)   continuing to use (1) THE CREATORS PROJECT word mark, (2) THE CREATORS PROJECT stylized mark or (3) THECREATORSPROJECT.COM to promote Defendants' Services or as a domain name;

(ii)   registering or continuing to use any domain name which incorporates, in whole or in part, any word or mark identical to or confusingly similar the Community Marks;

(iii)   doing any other acts calculated or likely to cause confusion or mistake in the mind of the public or the trade or to lead persons into the erroneous belief that

Defendants or any of Defendants' Services are connected or associated with Community;

(iv)   compete unfairly with Community in any manner not otherwise described in this Prayer for Relief;

(v)   engaging in unfair and deceptive trade practices against Community.

(viii)   maintaining any use of or reference to THE CREATORS PROJECT (word mark) or THE CREATORS PROJECT (stylized mark), on any website over which either or both Defendants have control including, but not limited to, thecreatorsproject.com, viceland.com, Intel.com, virtueworldwide.com and vbs.tv.

(ix)   maintaining use or registration of the thecreatorsproject.com domain name and transfer the registration of it to Plaintiff;

(B)   Order Defendants to file with the Court and serve upon undersigned counsel for Community, within five (5) days of the entry of the TRO or preliminary injunction, or both, a report in writing under oath setting forth in detail the form and manner in

which it has complied with said injunctions, pursuant to 15 U.S.C. § 1116(a);

(C)   Direct Defendants to destroy all materials in their possession, custody or control, which use or otherwise contain any of the Infringing Marks, under 15 U.S.C. § 1118;

(D)   Require Defendants, under 15 U.S.C. § 1117, to account to Community for any and all profits derived by it, and for all damages sustained by Community by reason of Defendants' acts complained of herein;

(E)   Impose treble damages against Defendants for their willful trademark infringement, under 15 U.S.C. § 1117;

(F)   Order Defendants pay Community punitive damages in a sum to be determined at trial but not less than $500,000.00 on the basis of Defendants' acts and refusal to acknowledge and acquiesce to Community's rights;

(G)   Award Community its reasonable attorney's fees, costs and disbursements incurred on account of this civil action, under 15 U.S.C. § 1117; and

(H)  Require Defendant Intel to withdraw its trademark registration application, which is currently pending before the United States Patent and Trademark Office;

(I)  Award statutory damages of $100,000 for Defendants' violation of § 1125(d);

(J)  Order forfeiture or cancelation of Defendants' registration of the domain name thecreatorsproject.com;

(K)  Any additional relief sought by Community in connection with its Motion for injunctive relief filed contemporaneously with this Complaint; and

(L)  Award Community such other and further relief as the Court may deem just and proper.

Respectfully submitted this 18th day of August, 2010.

**LILENFELD PC**

*/s/David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar No. 452399
R. Scott Griffin
Georgia Bar No. 140807
Attorneys for Plaintiff
2964 Peachtree Road, NW, Suite 720
Atlanta, Georgia  30305
Phone: (404) 201-2520, Facsimile: (404) 393-9710
david@lilenfeldpc.com

## VERIFICATION

I, Neda Abghari, declare as follows:

1.

I am the founder and manager of The Creatives Project and CEO of The Creative Community Housing Project, Inc., a Georgia non-profit corporation.

2.

I have personal knowledge of the matters in the Verified Complaint and Motion For Temporary Restraining Order, Preliminary Injunction, and Emergency Hearing ("Motion"), including my, Community and Defendants' use of the various trademarks described therein.

3.

I verify under penalty of perjury under the laws of the United States of America that the information in the foregoing Verified Complaint and Motion is true and correct.

This 16th day of August, 2010.

_____

**Neda Abghari**

## *NUNC PRO TUNC* ASSIGNMENT OF
## COPYRIGHTS AND TRADEMARK RIGHTS

This Agreement is entered into this 4rd day of August, 2010, and is effective as of August 1, 2007, between Neda Abghari ("Assignor"), an individual residing at 1433 Desoto Avenue, Atlanta, Georgia 30310, and The Creative Community Housing Project, Inc. ("Assignee"), an corporation existing and organized under the laws of the State of Georgia, and with its primary place of business located at 828 Ralph McGill Boulevard, Suite 312 Atlanta, Georgia 30306.

WHEREAS, Assignor is desirous of transferring ownership of certain intellectual property to assignee, the Parties warrant, state, and agree as follows:

1.      Assignor is the owner, creator, and exclusive authorized user of the Marks THE CREATIVES PROJECT (word and stylized marks), THE ATLANTA CREATIVES PROJECT (word and stylized marks), thecreativesproject.com, thecreativesproject.org, atlantacreatives.com, atlantacreatives.org and clear and obvious derivatives thereof (hereinafter collectively referred to as "Marks");

2.      Assignor is also the author, designer, and exclusive owner and authorized user of copyrights ("the Copyrights"), including, but not limited to, those on Websites at thecreativesproject.com, thecreativesproject.org, atlantacreatives.com, atlantacreatives.org and associated Webpages appearing on FaceBook and MySpace, brochures, flyers and other materials which have used to operate, promote and perform the services of CCHP;

3.      For consideration of $100.00, the receipt of which is hereby acknowledged, Assignor herby assigns to Assignee all rights, title, and interest in the Marks and copyrights referenced above, and in any subsequent marks or copyrights developed or creative by Assignor with regard to the Assignee, the goodwill associated with said Marks, and all other rights that may accrue with the registration of any applications made on the Marks or the Copyrights.

4.      This assignment includes the transfer to CCHP of causes of actions and the right to sue for infringement of the Marks which occurred at any time prior to the date of this assignment. "Causes of actions and the right to sue," as used herein, includes all causes of action, either in law or equity for past, present or future infringement based on the Marks.

_____
Neda Abghari

_____
Date

Case 1:10-cv-02588-TCB    Document 1    Filed 08/18/10    Page 35 of 38



Exhibit B

Home › Press Room › Press Releases ›

## Intel News Release

**31**
retweet

### The Creators Project Debuts Worldwide: An Unprecedented Celebration of Creativity & Technology Featuring the Globe's Leading Innovators

**VICE & Intel launch multi-year project featuring more than 80 Artists from around the world pushing creative boundaries, including Interpol, Spike Jonze, Mark Ronson, Richie Hawtin, Ma Yansong, Alexandre Herchcovitch and many others**

**Five international exhibitions to be held in New York, London, Sao Paulo, Seoul and Beijing**

---

NEW YORK (MAY 17, 2010) -- Bringing together the world's leading and most relevant innovators in music, art, film, design and architecture, VICE and Intel Corporation today launched The Creators Project, an unprecedented creative initiative designed to connect global youth through a common passion for creativity and technology.

The multi-year program is dedicated to identifying leading artists and enabling them to showcase their works and artistic visions through interactive media including creative conferences, new multi-disciplinary collaborative projects and a new video website, TheCreatorsProject.com.

The carefully selected collection of more than 80 artists hailing from seven countries includes such established creative pioneers as Phoenix, UNKLE, Stefan Sagmeister, Mira Calix and Nick Zinner from the Yeah Yeah Yeahs, as well as the next generation of innovators working in indie film, futuristic architecture, avant-garde electronica and fashion. These include Brazil's Muti Randolph, China's Peng Lei, the U.K.'s United Visual Artists, and the U.S.' Radical Friend.

This diverse cast of creators is united by their shared belief that technology and its tools are catalysts to push artistic boundaries and bring ideas to life.

The project is highlighted by The Creators Conference series. These five huge international events will bring thousands of people together for live concerts, art exhibits, film screenings and panel discussions. New York City hosts the first Creators Conference with an all-day extravaganza at Milk Studios. The eight-floor art gallery and performance space will host exhibits by Takeshi Murata, Karl Sadler, Mark Essen and Radical Friend, and performances by Mark Ronson, Interpol, Gang Gang Dance, N.A.S.A, Sleigh Bells and Salem.

The series will then move to London, Sao Paulo, Seoul, and concludes in Beijing with a three-day finale where participating artists and exhibits will be flown in from across the globe.

The Creators Project kicks off today with the launch of TheCreatorsProject.com, an interactive portal and anthology which will house a selection of eighty-four original videos and featuring work and interviews from the most creative artists across the globe. The site is the nerve center for the entire initiative and will live-stream interviews, performances, exhibits and panel discussions from the Creators Conferences, allowing millions of viewers from across the globe to virtually participate.

"The Creators Project is built on supporting leading musicians, artists and designers from every corner of the globe," said creator Mark Ronson. "All too often our most talented artists struggle to showcase their work. This project is designed to empower this next generation of artists by leveling the playing field. The fact that The Creators Project is driven by collaborations between artists across the spectrum of creativity is amazing. I came from being a DJ first, which is kind of the role of master curator, so I'm driven on watching people work together. The Creators Project is something that makes me think -- because it's VICE and because it's Intel -- this really could be the first special community of its kind."

"During Vice's expansion we have had our socks repeatedly knocked off by jaw-dropping content that literally makes us glad to be alive," said VICE co-founder Shane Smith. "So one particularly sunny day we thought to ourselves, 'why not do something that brings all these creators together like Paris in the 1920s?' Then, when

---

**Creators Project logo**

the **creators project**

download (ZIP 646KB)

**Related Links**

The Creators Project - A Partnership with Intel & Vice (PDF 282KB)

More in this category

Corporate Information

Contact Corporate Press Relations

we sat down with all these amazing creators we found that a) they like parties/expositions/premiers/exhibits etc … and b) they love their computronic machines. So we dug deep into the very heart of technology, found out that it was Intel, then begged them to become our very best of friends and partners. After that we scoured the globe for the world's most innovative creators, added in essentially a global festival's worth of insanely good music and wrapped it all together to found The Creators Project. I recommend wearing comfortable shoes this summer because together we are about to wipe humanity's socks completely out of existence."

"At Intel, as the makers of the brains inside some of the world's most cutting-edge tech tools, we're lucky to have a backstage pass to the most exciting uses of technology and the artists that inspire us by how they harness technology's power and potential to explore," said Deborah Conrad, Intel's chief marketing officer. "Thankfully, VICE wanted to give everyone a front row seat to all of these incredible artists, and they had the guts and talent to do just that. And so, our partnership and The Creators Project came to life.

"Now more than any other time in history, we're watching a new generation of creative geniuses come into their own -- artists who use technology tools as their paintbrushes, musical instruments, sculpting knives and sketchbooks. For them, computers are as pervasive as pencils. The Creators Project is where these worlds of art and technology collide. It is a powerful vehicle to tell amazing stories of the artists, celebrate their innovation and provide a place – literally and virtually -- for them to collaborate."

The Creators Project was conceived out of VICE and Intel's passion for technology and art as powerful and life-enhancing tools that can impact culture. Through the initiative, they intend to empower and inspire the next generation of innovators to realize their artistic visions through creative use of technology.

Rate
Average Rating: 5.0 (4 votes)
Be the first to share a comment

**About VICE**
VICE was launched in 1994 as a small print zine in Montreal and has since grown into a global media company. Since day one, technology has driven VICE forward, turning ideas into reality. Innovations in desktop publishing made VICE Magazine possible and, more recently, low cost digital filmmaking and distribution democratized the worlds of TV and film bringing about VBS.TV. As technology continues to improve, it remains VICE's goal to give artists a platform to be presented and discussed.

**About Intel**
Intel (NASDAQ: INTC) is a world leader in computing innovation. The company designs and builds the essential technologies that serve as the foundation for the world's computing devices. Additional information about Intel is available at www.intel.com/pressroom and blogs.intel.com.

Intel is a trademark of Intel Corporation in the United States and other countries.

* Other names and brands may be claimed as the property of others.

**\*Trademarks**

**©Intel
Corporation**



Exhibit C

a partnership with Intel and Vice

**CONTACTS:**

Alex Detrick
VICE
917.613.9717
alexd@viceland.com

Risa Heller
VICE
916-647-9187
risa@viceland.com

Kiesha Cochrane
Intel Corporation
503.712.3654
kiesha.f.cochrane@intel.com

## VICE AND INTEL'S THE CREATORS PROJECT INVADES NEW YORK; EXTRAVAGANZA BRINGS WORLD'S LEADING ARTISTS TOGETHER

*Thousands attend debut event at Milk Studios, featuring special guests MIA, Interpol, Mark Ronson, Die Antwoord, Spike Jonze, Nick Zinner, Radical Friend, Muti Randolph, Patrick Jean, Takeshi Murata and others*

*The muiti-year program features more than 90 artists from across the world pushing creative boundaries through technology*

NEW YORK (June 28, 2010)  -- The Creators Project debuted on Saturday in New York with its first-ever Creators event where over 3,500 attendees engaged in an all-day cultural extravaganza featuring some of the world's leading artists in music, art, film, design and architecture.

The first of five global summits, the New York City event featured multimedia installations, artworks, panel discussions, workshops and a number of live performances. Thousands of attendees filled Milk Studios—an eight-floor, 80,000-square-foot exhibition space, along with a dedicated section of 14th Street in the Meatpacking District.

Saturday's event is part of The Creators Project, a new initiative by VICE and Intel to identify leading artists across the world who are pushing creative boundaries through technology. The project establishes new platforms for these artists to showcase their work and to engage a young audience of millions.

Musical performers at the event included MIA, who was announced last minute as a special guest, Interpol, Mark Ronson, Die Antwoord, The Rapture, Sleigh Bells, Gang Gang Dance, Neon Indian, Salem and N.A.S.A.

Art installations and exhibits included work by United Visual Artists, a dazzling collective from Britain that has produced a portfolio of some of the best technology-driven installations of the 21st century, Takeshi Murata, a digital artist who creates flowing, Rorschach-like swaths of color, distortion, manipulation, and psychedelic imagery, and Nick Zinner, guitarist for the Yeah Yeah Yeahs, an artist who combined his photography work with a score composed especially for the exhibit.

Film screenings included Spike Jonze's "I'm Here," a love story about two robots living in Los Angeles. China's Ray Lei screened a silent, eight-minute short called "The Face," about a hip-hoppy Asian society in which everybody has rotating Rubik's Cube heads, and France's Ladj Ly's screened "Go Fast Connexion," a "docu-fiction" about the French media's inadequate coverage of the hot-button issues that have caused riots and widespread protests by the French citizenry.

Since The Creator's Project launched on May 17, millions of individuals have visited **http://TheCreatorsProject.com**, an interactive portal and anthology that houses a selection of more than 90 original videos and features work and interviews from the most creative artists across the globe. Since its debut, The Creators' online community has exploded with thousands joining the Creators' twitter account and Facebook page to share artistic visions, debate creative ideas and engage with participating artists.

"Creativity is about exploring possibilities, and either wrestling or being guided by the process towards that which speaks from you to the

**the creators project**

world," said Nick Zinner, from the Yeah Yeah Yeahs. "The Creators Project has allowed me and other emerging artists a chance to try new ideas in new ways by encouraging collaboration and supporting unconventional thinking about art and its audience."

"When I was a hard core kid growing up in the 1980's in Ottawa, Canada there were 11 other punk rockers in the whole city. We had to fight the metallers and the jocks every day," said VICE Founder Shane Smith. "When the Dead Kennedys, the Clash and the Ramones played in Montreal we all took the bus up... and when we saw the huge crowd of other punks I cried, because I realized I was not alone in the world, that there was this supra-national-punk-community and I was part of it. This week I have been watching the new Die Antwoord and MIA videos and thinking that this is the show that I would have cried to see when I was 18. That we are putting it on for a global community makes me cry. I am crying now. Thanks history, you have made a crybaby out of me."

"This is such an exciting time to be playing in the sandbox of art and technology," said Deborah Conrad, Intel's chief marketing officer. "The creativity that we have seen since work started on The Creators Project is nothing short of jaw-dropping, mind-blowing and awe-inspiring.  The Creators are geniuses.  The work they have brought to us through the project so far is a celebration of what is possible when their visions meet bits and bytes. It's magic."

"Nurturing and supporting creative enrichment has always been a vital part of Milk's DNA and the Creator's Project is a testament to that initiative," said Mazdack Rassi, owner of Milk Studios. "Milk is extremely proud to be a part of this epic event that brings together the world's most innovative minds in one place at one time.  We are excited to be part of the process that is changing the way people experience the varied mediums of art that exist in our cultural hemisphere."

VICE and Intel also released a new magazine created specifically for the New York City Creators event. It is the first in a series of five magazines that will highlight each event and culminate with the release of a massive book that features the work of every Creator.

The event series will travel to cities at the forefront of artistic expression in the 21st century, including London, São Paulo, Seoul, and Beijing, where it will conclude with a three-day finale with participating artists and exhibits flown in from the across the globe.

**About The Creators Project**
The Creators Project was conceived out of VICE and Intel's passion for technology and art as powerful and life-enhancing tools that can impact culture. Through the initiative, VICE and Intel intend to empower and inspire the next generation of innovators to realize their artistic visions through creative use of technology.

**About VICE**
VICE was launched in 1994 as a small print zine in Montreal and has since grown into a global media company. Since day one, technology has driven VICE forward, turning ideas into reality. Innovations in desktop publishing made VICE Magazine possible and, more recently, low cost digital filmmaking and distribution democratized the worlds of TV and film bringing about VBS.TV.  As technology continues to improve, it remains VICE's goal to give artists a platform to be presented and discussed.

**About Intel**
Intel (NASDAQ: INTC) is a world leader in computing innovation. The company designs and builds the essential technologies that serve as the foundation for the world's computing devices. Additional information about Intel is available at www.intel.com/pressroom and blogs.intel.com.

